MINH N. HOANG, ESQ.    (SBN 248951)
GIBSON & SHARPS, PSC
32108 Alvarado Blvd, #316
Union City, CA 94587
Telephone:  (800) 425-0967
Facsimile:  (800) 944-5176
Email:  mnh@gibsonsharps.com

Attorney for Intervenor,
TESORO CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE TIPPITT,<br><br>            Plaintiff,<br><br>     vs.<br><br>RANDY BARNES,<br>RAYANA HOPE BARNES and<br>DOES 1 through 50, Inclusive,<br><br>            Defendant<br>_____<br>TESORO CORPORATION, a California<br>Corporation,<br>            Complainant in Intervention<br><br><br>     vs.<br><br><br>RANDY BARNES, and<br>RAYANA HOPE BARNES,<br>DOES 1 through 50, Inclusive,<br>            Defendant In Intervention | CASE NO. 2:13-CV-01996-LKK-KJN<br><br>**ORDER TESORO CORPORATION'S<br>MOTION FOR LEAVE TO FILE<br>COMPLAINT-IN-INTERVENTION**<br><br><br><br>Trial Date: None<br><br>Date:<br>Time:<br>Courtroom: |

1

1

2

3         TESORO CORPORATION'S Motion for Leave to File Complaint in Intervention being

4    unopposed, and for

5         GOOD CAUSE SHOWING,

6         IT IS ORDERED that the motion for leave to file Complaint in Intervention is

7    GRANTED and Tesoro shall file its complaint within thirty (30) days of this Order.

8         The April 21, 2014 hearing on this motion is VACATED.

9         IT IS SO ORDERED.

10

11

12

13

14

15   DATED:  April 10, 2014.

16

17                                    _____
                                      LAWRENCE K. KARLTON
18                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
19

20

21

22

23

24

25

26

27

28

29

30

PROPOSED ORDER