UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE TIPPITT,<br><br>        Plaintiff,<br><br>    v.<br><br>RANDY BARNES and RAYANA HOPE BARNES, DOES 1 through 50, inclusive,<br><br>        Defendants.<br> | No.  CIV. S-13-1996 LKK/KJN<br><br><br>**ORDER** |
| TESORO CORPORATION, a California corporation,<br><br>            Complainant in<br>            Intervention,<br><br>      v.<br><br>RANDY BARNES and RAYANA HOPE BARNES, DOES 1 through 50, Inclusive,<br><br>            Defendant in<br>            Intervention.<br> | |

    A status conference was held in chambers on June 16, 2014. After hearing, the court orders as follows:

////

1

1   A further status conference is set for September 22, 2014
2 at 2:00 p.m.  The parties shall file updated status reports
3 fourteen (14) days preceding the status conference.
4   IT IS SO ORDERED.
5   DATED:  June 16, 2014.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```