1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   SUZETTE TIPPITT,                    No.  CIV. S-13-1996 LKK/KJN

12              Plaintiff,

13        v.                             **ORDER**

14   RANDY BARNES and RAYANA HOPE
     BARNES, DOES 1 through 50,
15   inclusive,

16              Defendants.

17   _____
     TESORO CORPORATION, a
18   California corporation,

19              Complainant in
                Intervention,
20
          v.
21
     RANDY BARNES and RAYANA HOPE
22   BARNES, DOES 1 through 50,
     Inclusive,
23
                Defendant in
24              Intervention.

25

26        The court is in receipt of plaintiff's counsel's application

27   for an order permitting service on defendants Randy Barnes and

28
                                      1

1   Rayana Hope Barnes by publication of the summons and complaint

2   herein. (ECF No. 14.)

3       Local Rule 171, entitled "Publication," provides that

4   counsel seeking publication of any document must "file a motion

5   proposing the place and manner of publication, setting forth such

6   information as the language to be published, the frequency of

7   publication, the reasons underlying selection of the proposed

8   vehicle of publication, and all other relevant matters."

9       As the instant application lacks much of this information,

10  it will be DENIED without prejudice to its re-submission in

11  proper form. Counsel is also advised to submit a declaration

12  and/or other evidentiary materials describing all failed attempts

13  at service.

14      IT IS SO ORDERED.

15      DATED:  August 11, 2014.

16

17

18

19

20                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
21                          UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28

2